UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                          CASE NO.: 8:06-cr-67-T-27MAP

ROBERT EARL WINSTON
_____/

## ORDER

This cause came on for consideration upon Defendant's, Robert Earl Winston, Ex Parte Motion to Incur Costs for Investigative Services in Excess of the Statutory Cap (doc. 25). In the motion, Plaintiff asks the Court to authorize the expenditure of funds for investigative services in the amount of $5,000. Because this amount was in excess of the statutory cap permitted for such services under subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, authorization from the Eleventh Circuit Court was required. That authorization has been issued. *See* Memorandum, attached. Accordingly, it is

ORDERED:

1. Defendant's, Robert Earl Winston, Ex Parte Motion to Incur Costs for Investigative Services in Excess of the Statutory Cap (doc. 25) is GRANTED to the extent that the amount does not exceed $3,000.

DONE AND ORDERED in chambers at Tampa, Florida on this 29th day of August, 2006.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

Copies to:   Counsel for Defendant
             Joan Calcutt, CJA Deputy Clerk

06-42



**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

# MEMORANDUM

| | |
|---|---|
| **TO:** | CHIEF JUDGE<br>ELEVENTH CIRCUIT COURT OF APPEALS |
| **FROM:** | MARK A. PIZZO<br>UNITED STATES MAGISTRATE JUDGE |
| **DATE:** | JULY 10, 2006 |
| **IN RE:** | ADVANCE AUTHORIZATION FOR EXPERT SERVICES<br>(Investigative fees) |

---

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006a as follows:

| | |
|---|---|
| **Case Name & Designation:** | USA v. Robert Earl Winston<br>Case No: 8:06-cr-67-T-27MAP |
| **Name/Address of Expert:** | Maddux Investigations, Inc.<br>Post Office Box 10105<br>Tampa, FL 33679 |
| **Type of Expert:** | Private Investigator |
| **Reason for Application:** | Defendant is charged herein in a two count indictment of aiding and abetting another who killed a police officer. Defendant could be facing a life sentence. The investigator is required in order to assist counsel to uncover and interview potential witnesses, to assist counsel in developing theories of defense, and counsel's pretrial investigation and defense preparation. |
| **Estimated Compensation:** | $3,000 ($50 per hour) |

Memo
July 10, 2006
Page Two

     Although counsel initially asked for $5,000, after discussion, he agreed to the reduced amount of $3,000 and I certify that the estimated expenditures appear necessary to provide fair compensation for services of an unusual complexity and therefore recommend approval of this advance authorization in the estimated amount of $3,000.

_____    Date: ___July 10, 2006___
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

     Advance authorization is hereby approved for investigative fees in the amount of $3,000.

_____    Date: ___8/21/06___
CHIEF JUDGE
UNITED STATES COURT OF APPEALS
(or Delegate)